JS-6

1 | Gregory M. Garrison, Esq. (SBN 165215)
  | GREGORY M. GARRISON, APC
2 | 9255 Towne Centre Drive, Suite 500A
  | San Diego, California 92121
3 | Telephone: (619) 708-1623
  | greg@garrisonapc.com
4 |
5 | Alexander E. Papaefthimiou (SBN 236930)
  | LAW OFFICE OF ALEX PAPAEFTHIMIOU
6 | 215 E. Daily Drive, Suite 28
  | Camarillo, California 93010
7 | Telephone: (805) 366-3909
  | Facsimile:  (805) 585-5410
8 | alex@aplitigation.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA BAKER, an individual, TIMOTHY BAKER, an individual, LOUIS KASHMERE, as an individual and as trustee of the SYLVIA CHMIELEWSKI TRUST DATED 3/7/05, DONNA KIRKMAN, as an individual and as trustee of the KIRKMAN FAMILY TRUST, DAVID NEWMAN, an individual, MALI NEWMAN, an individual, DARIN OLIVER, an individual, LORETTE OLIVER, an individual, DEBBIE PHILLIPS, an individual, RUSSELL PHILLIPS, an individual, KATHY RANDLE, as an individual and as trustee of the KATHY L. RANDLE LIVING TRUST, KERRIE WAITE, an individual, REBECCA WALTON, an individual, GARY VESS, an individual, and RICCARDA VESS, an individual,<br><br>    Plaintiffs,<br>  v.<br><br>THE PERRY LAW FIRM, A PROFESSIONAL LAW CORPORATION, a California corporation, LARRY M. ROBERTS, an individual, and DOES 1–10, inclusive.<br><br>    Defendants. | CASE NO. **8:15-cv-01304-JCG**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)] |

ORDER

1  THE COURT, having considered the STIPULATION OF DISMISSAL OF
2  ENTIRE ACTION WITH PREJUDICE filed by the Parties hereto (the
3  "Stipulation"), and in light of the settlement between the Parties, hereby ORDERS
4  as follows:
5     1.   This entire action shall be dismissed with prejudice by all Plaintiffs as
6  to all Defendants, pursuant to Fed. Rul. Civ. Proc. 41(a)(1)(A)(ii);
7     2.   No party shall be deemed the prevailing party; and
8     3.   Except and unless otherwise provided in the Settlement Agreement,
9  each party shall bear its own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: _____July 25, 2016_____

_____
Jay C. Gandhi
U.S. Magistrate Judge

ORDER     1

## CERTIFICATE OF SERVICE

I hereby certify that, on July 22, 2016, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

Dated: July 22, 2016

/s/ Alexander E. Papaefthimiou
Alexander E. Papaefthimiou (SBN 236930)

**ORDER** 2